## E. EDWARD HAHNE *v.* BARRY READE
### (15056)

Dupont, C. J., and Foti and Lavery, Js.

Submitted on briefs September 30—officially released October 22, 1996

Per Curiam. The judgment is affirmed.

## LEONARD UDOLF *v.* HENRY E. JACOBS
### (14418)

Dupont, C. J., and Foti and Spear, Js.

Submitted on briefs September 30—officially released October 22, 1996

Per Curiam. The judgment is affirmed.

## JOHN F. STUBBS *v.* SUZANN O. STUBBS
### (15253)

Dupont, C. J., and Foti and Spear, Js.

Submitted on briefs September 30—officially released October 22, 1996

Per Curiam. The judgment is affirmed.